# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PAUL E. BABLER & DEANNA M. BABLER  
6918 EAST FARMSCHOOL ROAD  
ROCK CITY, IL 61070  

Case Number: 07-70160  
SSN-xxx-xx-9070 & xxx-xx-5501

Case filed on: 1/24/2007  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,240.63   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICE OF CROSBY & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | INTERNAL REVENUE SERVICE | 5,877.63 | 5,877.63 | 0.00 | 0.00 |
|  | Total Priority | 5,877.63 | 5,877.63 | 0.00 | 0.00 |
| 055 | PAUL E. BABLER | 0.00 | 0.00 | 1,240.63 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,240.63 | 0.00 |
| 001 | KENT BANK | 39,418.86 | 39,418.86 | 0.00 | 0.00 |
|  | Total Secured | 39,418.86 | 39,418.86 | 0.00 | 0.00 |
| 004 | ACCOUNTS RECEIVABLE MG | 0.00 | 17.79 | 0.00 | 0.00 |
| 005 | ACCOUNT RECOVERY SERVICES | 1,524.28 | 168.43 | 0.00 | 0.00 |
| 006 | ACCT RCV SVC | 0.00 | 50.39 | 0.00 | 0.00 |
| 007 | ACCT RCV SVC | 0.00 | 41.77 | 0.00 | 0.00 |
| 008 | ACCT RCV SVC | 0.00 | 41.11 | 0.00 | 0.00 |
| 009 | ACCT RCV SVC | 0.00 | 30.83 | 0.00 | 0.00 |
| 010 | ACCT RCV SVC | 0.00 | 7.51 | 0.00 | 0.00 |
| 011 | ACCT RCV SVC | 0.00 | 7.18 | 0.00 | 0.00 |
| 012 | AFNI, INC. | 0.00 | 34.03 | 0.00 | 0.00 |
| 013 | C.B. ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAPITAL ONE | 1,604.61 | 177.31 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 13,446.00 | 1,485.78 | 0.00 | 0.00 |
| 016 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,366.75 | 151.03 | 0.00 | 0.00 |
| 017 | CREDITORS PROTECTION SERVICE, INC | 533.39 | 58.94 | 0.00 | 0.00 |
| 018 | CREDITORS PROTECTION | 0.00 | 7.18 | 0.00 | 0.00 |
| 019 | CREDITORS PROTECTION | 0.00 | 6.63 | 0.00 | 0.00 |
| 020 | DISCOVER FINANCIAL SERVICES | 1,652.55 | 182.61 | 0.00 | 0.00 |
| 021 | MEDICAL COLLECTIONS SYS | 0.00 | 24.42 | 0.00 | 0.00 |
| 022 | MEDICAL COLLECTIONS SYS | 0.00 | 24.42 | 0.00 | 0.00 |
| 023 | MERRICK BANK CORPORATION | 0.00 | 16.46 | 0.00 | 0.00 |
| 024 | NATIONAL CITY BANK | 3,052.21 | 337.27 | 0.00 | 0.00 |
| 025 | NATIONWIDE CREDIT INC. | 0.00 | 175.11 | 0.00 | 0.00 |
| 026 | NCO - MARLIN | 0.00 | 56.24 | 0.00 | 0.00 |
| 027 | NEWPORT NEWS | 0.00 | 89.84 | 0.00 | 0.00 |
| 028 | NEXCARD / MASTERTRUST | 0.00 | 226.86 | 0.00 | 0.00 |
| 029 | NEXTCARD INC | 0.00 | 192.27 | 0.00 | 0.00 |
| 030 | REC SOLUTIONS | 248.03 | 27.41 | 0.00 | 0.00 |
| 031 | ROCK VALLEY FCU | 0.00 | 726.43 | 0.00 | 0.00 |
| 032 | ROCKFORD MER | 0.00 | 27.74 | 0.00 | 0.00 |
| 033 | ROCKFORD MERCANTILE | 0.00 | 126.63 | 0.00 | 0.00 |
| 034 | ROCKFORD MERCANTILE | 0.00 | 79.78 | 0.00 | 0.00 |
| 035 | ROCKFORD MERCANTILE | 0.00 | 51.82 | 0.00 | 0.00 |
| 036 | ROCKFORD MERCANTILE | 0.00 | 44.20 | 0.00 | 0.00 |
| 037 | ROCKFORD MERCANTILE | 0.00 | 36.02 | 0.00 | 0.00 |
| 038 | ROCKFORD MERCANTILE | 0.00 | 29.06 | 0.00 | 0.00 |
| 039 | ROCKFORD MERCANTILE | 0.00 | 27.63 | 0.00 | 0.00 |
| 040 | ROCKFORD MERCANTILE | 0.00 | 23.43 | 0.00 | 0.00 |
| 041 | ROCKFORD MERCANTILE | 0.00 | 22.21 | 0.00 | 0.00 |
| 042 | ROCKFORD MERCANTILE | 0.00 | 14.37 | 0.00 | 0.00 |
| 043 | ROCKFORD MERCANTILE | 0.00 | 12.82 | 0.00 | 0.00 |
| 044 | ROCKFORD MERCANTILE | 0.00 | 12.60 | 0.00 | 0.00 |
| 045 | ROCKFORD MERCANTILE | 0.00 | 12.27 | 0.00 | 0.00 |
| 046 | ROCKFORD MERCANTILE | 0.00 | 11.27 | 0.00 | 0.00 |
| 047 | ROCKFORD MERCANTILE | 0.00 | 2.87 | 0.00 | 0.00 |
| 048 | STCLSERVICE | 0.00 | 24.20 | 0.00 | 0.00 |
| 049 | VERIZON SOUTH INC | 0.00 | 34.92 | 0.00 | 0.00 |
| 050 | WEXLER & WEXLER | 0.00 | 95.03 | 0.00 | 0.00 |
| 051 | ROBERT TERPSTRA | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | | |
|---|---|---|---|---|---|---|
| 052 | KITTELSEN, BARRY, WELLINGTON, | | 2,546.54 | 281.39 | 0.00 | 0.00 |
| 053 | INTERNAL REVENUE SERVICE | | 10,971.59 | 1,212.36 | 0.00 | 0.00 |
| 054 | STEPHENSON SERVICE COMPANY | | 8,991.30 | 993.54 | 0.00 | 0.00 |
| | | Total Unsecured | 45,937.25 | 7,541.41 | 0.00 | 0.00 |
| | | Grand Total: | 91,233.74 | 52,837.90 | 1,240.63 | 0.00 |

Total Paid Claimant:     $1,240.63
Trustee Allowance:         $0.00
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  06/28/2007          By  /s/Heather M. Fagan